IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 12-cr-00410-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JAY BENJAMIN BLACK,

        Defendant.

_____

### ORDER GRANTING GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY TRANSCRIPTS TO DEFENDANT
_____

THIS MATTER is before the Court on the Government's Motion to Disclose Grand Jury Transcript to Defendant (Motion) **(#43)** filed December 20, 2012, pursuant to Fed. R. Crim. P. (6)(e)(3)(E)(I). Having reviewed the Motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and that a copy of the transcript of testimony given before the grand jury may be disclosed to the Defendant, Jay Benjamin Black, and his attorneys in the course of discovery in this case. It is

**FURTHER ORDERED** that such materials are disclosed only to the defendant Jay Benjamin Black, and his attorneys; that the defense attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED this 27th day of December, 2012.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge