IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No. 12-CR-00410-MSK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. JAY BENJAMIN BLACK,

Defendant.

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant and his counsel, Robin Shellow, were present at the bond review hearing on January 29, 2013.

The Defendant and his counsel orally requested that the Defendant be allowed to continue with his treatment at the Hills Treatment Center in Los Angeles, California for an additional thirty (30) days. The Government had no objection.

**IT IS HEREBY ORDERED** that Defendant's request is GRANTED and the Defendant will be allowed to continue his treatment at the Hills Treatment Center in Los Angeles, California for an additional thirty (30) days. All other terms and conditions of the Defendant's bond shall remain in full force and effect.

**IT IS FURTHER ORDERED** that the Defendant's bond is continued and his next appearance in Court is March 5, 2013 at 9:00 a.m. before the Magistrate Judge in Durango, Colorado for the purposes of a bond review hearing.

**DATED: January 29, 2013.**

BY THE COURT:

_____
David L. West
United States Magistrate Judge

Approved and Accepted:

_____
Jay Benjamin Black, Defendant

_____
Robin Shellow, Counsel for the Defendant

_____
Stephanie Ribera



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No. 12-CR-00410-MSK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. JAY BENJAMIN BLACK,

Defendant.

---

## ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST

The Defendant and his counsel, Robin Shellow, were present at the bond review hearing on January 29, 2013.

The Defendant and his counsel orally requested that the Defendant be allowed to continue with his treatment at the Hills Treatment Center in Los Angeles, California for an additional thirty (30) days. The Government had no objection.

IT IS HEREBY ORDERED that Defendant's request is GRANTED and the Defendant will be allowed to continue his treatment at the Hills Treatment Center in Los Angeles, California for an additional thirty (30) days. All other terms and conditions of the Defendant's bond shall remain in full force and effect.

IT IS FURTHER ORDERED that the Defendant's bond is continued and his next appearance in Court is March 5, 2013 at 9:00 a.m. before the Magistrate Judge in Durango, Colorado for the purposes of a bond review hearing.

DATED: January 29, 2013.

970 259 0543

BY THE COURT:

_____
David L. West
United States Magistrate Judge

Appeared and Accepted:

_____
Benjamin Black, Defendant

_____
Robin Shellow, Counsel for the Defendant

_____
Stephanie Ribera